UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF TEXAS

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § § § | |
| Plaintiff(s), | § | |
| VS. | § § | CIVIL ACTION NO. 6:20-CV-00272-ADA |
| AMAZON.COM, INC.; ET AL | § § § | |
| Defendant(s). | § | |

## AFFIDAVIT OF SERVICE

Came to my hand on **Monday, April 13, 2020 at 9:00 AM,**
Executed at: **112 NORTH CURRY STREET, CARSON CITY, NV 89703**
within the county of **CARSON CITY** at **2:45 PM,** on **Monday, April 13, 2020,**
by individually and personally delivering to the within named:

**AMAZON TECHNOLOGIES, INC.**

By delivering to its **Registered Agent, CORPORATION SERVICE COMPANY,** by delivering to its **Authorized Agent, KRIS OSBORN,** a true copy of this

**SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT with EXHIBITS 1 & 2 and CIVIL COVER SHEET**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **BOB DEALE** who after being duly sworn on oath states: "My name is **BOB DEALE**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Nevada. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _/s/ Bob Deale_
**BOB DEALE**-PROCESS SERVER

Subscribed and Sworn to by BOB DEALE, Before Me, the undersigned authority, on this _15th_ day of April, 2020.

_/s/ Ian Sturtz_
Notary Public in and for the State of Nevada

IAN STURTZ
Notary Public - State of Nevada
County of Washoe
APPT. NO. 19-5063-02
My App. Expires Aug. 6, 2023