# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. <br><br>    Plaintiff, <br><br>  v. <br><br> META PLATFORMS, INC., and WHATSAPP, INC. <br><br>    Defendants. | CIVIL ACTION NO. 6:20-cv-267-ADA |
| VOIP-PAL.COM, INC. <br><br>    Plaintiff, <br><br>  v. <br><br> GOOGLE LLC, <br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-269-ADA |
| VOIP-PAL.COM, INC. <br><br>    Plaintiff, <br><br>  v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; and AMAZON WEB SERVICES, INC., <br><br>    Defendants. | CIVIL ACTION NO. 6:20-cv-272-ADA |

1

## JOINT CLAIM CONSTRUCTION STATEMENT

Under the Scheduling Order (Case No. 6:20-cv-267, Dkt. No. 52), Plaintiff and Defendants submit this Joint Claim Construction Statement with respect to U.S. Patent No. 10,218,606.

### I.  AGREED-UPON CLAIM TERMS:

None.

### II.  DISPUTED CLAIM TERMS:

| Claim Term | Plaintiff's Construction | Defendants' Construction | Proposing Party |
|---|---|---|---|
| "network element(s)"<br><br>claims 1, 4, 8, 14, 19-21, 23, 24, 27, 32 | Plain and ordinary meaning[1] | Indefinite.<br><br>This contrasts with Plaintiff's assertion that the plain and ordinary meaning of "network element(s)" is "a device or component of the communication network associated with at least one IP address." | Defendants |
| "identifier(s)"<br><br>claims 1, 5, 6, 8, 9, 11, 14, 15, 19, 21, 22, 27, 32, 42, 44 | Plain and ordinary meaning | "value with pre-defined format" | Defendants |
| "first participant profile"<br><br>claims 1, 3, 19-21, 42, 44 | "stored information specific to a subscriber (first participant) of a communication system" | "information relating to a call participant in a PSTN system" | Joint |
| "routing message"<br><br>claims 1, 8, 14, 19, 21, 26, 27, 32 | Plain and ordinary meaning | "a message that includes a callee user name field, a route field, and a time to live field" | Defendants |

---

[1] Plaintiff disputes that it has made any assertion about how the plain and ordinary meaning of "network element(s)" should be construed.

| Claim Term | Plaintiff's Construction | Defendants' Construction | Proposing Party |
|---|---|---|---|
| "private network" claim 8 | "a network for communication that is privately controlled" | Plain and ordinary meaning | Plaintiff |
| "gateway" claims 14, 26 | Plain and ordinary meaning[2] | Plain and ordinary meaning, which is "device that connects networks that use different communication protocols." This contrasts with Plaintiff's assertion that the plain and ordinary meaning of "gateway" is "a device that connects at least two networks." | Defendants |

---

[2] Plaintiff disputes that it has made any assertion about how the plain and ordinary meaning of "gateway" should be construed.

Dated:  May 6, 2022                                    Respectfully submitted,

*/s/Lewis E. Hudnell, III*                              */s/ Joshua Glucoft*
Lewis E. Hudnell, III                                   Michael E. Jones
lewis@hudnelllaw.com                                    State Bar No. 10929400
Nicolas S. Gikkas                                       mikejones@potterminton.com
nick@gikkaslaw.com                                      POTTER MINTON
Hudnell Law Group P.C.                                  110 N. College Ave., Suite 500
800 W. El Camino Real Suite 180                         Tyler, Texas 75702
Mountain View, California 94040                         Tel: (903) 597-8311
T: 650.564.3698                                         Fax: (903) 593-0846 (Facsimile)
F: 347.772.3034

**ATTORNEYS FOR PLAINTIFF**                             Ellisen Shelton Turner (Pro Hac Vice)
**VOIP-PAL.COM, INC.**                                  ellisen.turner@kirkland.com
                                                        Joshua Popik Glucoft (CA Bar No. 301249)
                                                        josh.glucoft@kirkland.com
                                                        KIRKLAND & ELLIS LLP
                                                        2049 Century Park East, Suite 3700
                                                        Los Angeles, CA 90067
                                                        Tel: (310) 552-4220
                                                        Fax: (310) 552-5900

                                                        Kristina R. Cary
                                                        Massachusetts BBO No. 688759
                                                        kristina.cary@kirkland.com
                                                        KIRKLAND & ELLIS LLP
                                                        200 Clarendon Street
                                                        Boston, MA 02116
                                                        Tel: (617) 385-7500
                                                        Fax: (617) 385-7501

                                                        **ATTORNEYS FOR DEFENDANTS**
                                                        **META PLATFORMS, INC. AND**
                                                        **WHATSAPP, INC.**

*/s/ Robert W. Unikel*
Paige Arnette Amstutz
State Bar No.: 00796136
pamstutz@scottdoug.com
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Robert W. Unikel (Admitted Pro Hac Vice)
robertunikel@paulhastings.com
Matthew Lind (Admitted Pro Hac Vice)
matthewlind@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Robert R. Laurenzi (Admitted Pro Hac Vice)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ariell N. Bratton (Admitted Pro Hac Vice)
ariellbratton@paulhastings.com
Cole D. Malmberg (Admitted Pro Hac Vice)
colemalmberg@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

**ATTORNEYS FOR DEFENDANT GOOGLE LLC**

*/s/ Daniel T. Shvodian*
M. Craig Tyler, Bar No. 00794762
CTyler@perkinscoie.com
Perkins Coie LLP
500 W 2nd St, Suite 1900
Austin, TX  78701-4687
Tel. No.  737.256.6113
Fax No.  737.256.6300

Daniel T. Shvodian, Admitted *Pro Hac Vice*
dshvodian@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel No. 650.838.4300
Fax No. 650.838.4350

Attorneys for Defendants
**AMAZON.COM, INC.;**
**AMAZON.COM, SERVICES LLC; AND**
**AMAZON WEB SERVICES, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing JOINT CLAIM CONSTRUCTION STATEMENT via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 6th day of May, 2021.

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034