IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC., <br> *Plaintiff,* <br><br> v. <br><br> AMAZON.COM, INC.; <br> AMAZON.COM SERVICES LLC; and <br> AMAZON WEB SERVICES, INC., <br> *Defendants.* | § § § § § § § § § § § § | 6:20-CV-00272-ADA |

### FINAL CLAIM CONSTRUCTIONS OF THE COURT

On February 8, 2023, the parties in the above captioned case submitted a First Amended Joint Claim Construction Statement, in which the parties agreed on the following previously disputed claim terms: "network element(s)," ""identifier(s)," "first participant profile," and "private network." ECF No. 84 at 1–2. The parties also identified the following two terms as disputed claim terms that still needed construction: "routing message" and "gateway." *Id.* at 2–3.[1] The Court provided preliminary claim constructions on February 14, 2023, for U.S. Patent No. 10,218,606. Because the Court preliminarily construed the term "gateway" as "a device that connects networks and can adjust a protocol of traffic moving between the networks," the parties agreed not to argue this term. The Court held a claim construction hearing on February 15, 2023, in which the Court heard argument on the following claim term: "routing message." After careful

---

[1] The Court construed the identical term "gateway" to mean "a device that connects networks and can adjust a protocol of traffic moving between the networks" in the Claim Construction Order issued on June 3, 2022, in *VoIP-Pal.com, Inc. v. Amazon.com, Inc., et al.*, No. 6:21-cv-00668-ADA, ECF No. 67 (W.D. Tex.). Although the parties maintained the assertion of their proposed constructions, the parties agreed that they would not argue this term at the claim construction hearing if the Court preliminarily adopted the same construction as in the other matter.

consideration of the parties' briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below.

| Claim Term | Court's Final Construction |
|---|---|
| **"routing message"**<br>claims 1, 8, 14, 19, 21, 26, 27, 32 | "a message that includes a callee user name field, a route field, and a time to live field" |

| Claim Term | Court's Final Construction |
|---|---|
| **"gateway"**<br>claims 14, 26 | "a device that connects networks and can adjust a protocol of traffic moving between the networks" |

| Claim Term | Court's Final Construction |
|---|---|
| **"network element(s)"**<br>claims 1, 4, 8, 14, 19-21, 23, 24, 27, 32 | Plain and ordinary meaning. |

| Claim Term | Court's Final Construction |
|---|---|
| **"identifier(s)"**<br>claims 1, 5, 6, 8, 9, 11, 14, 15, 19, 21, 22, 27, 32, 42, 44 | Plain and ordinary meaning. |

| Claim Term | Court's Final Construction |
|---|---|
| **"first participant profile"**<br>claims 1, 3, 19-21, 42, 44 | Plain and ordinary meaning. |

| Claim Term | Court's Final Construction |
|---|---|
| **"private network"**<br>claim 8 | Plain and ordinary meaning. |

**SIGNED** this 17th day of February, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE