UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00272-ADA |
| | § | |
| AMAZON.COM, INC., AMAZON TECHNOLOGIES, INC., AMAZON.COM SERVICES, LLC, AMAZON WEB SERVICES, INC., AMAZON.COM SERVICES, LLC, AMAZON.COM, INC., AMAZON WEB SERVICES, INC., VOIP-PAL.COM, INC. | § | |

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Zoom on June 08, 2023  at  01:30 PM.

IT IS SO ORDERED this 2nd day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE