IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br> *Plaintiff,* <br><br> v. <br><br> AMAZON.COM, INC.; <br> AMAZON.COM SERVICES LLC; and <br> AMAZON WEB SERVICES, INC., <br> *Defendants.* | 6:20-CV-00272-ADA |

## ORDER GRANTING RECONSIDERATION AND AMENDING FINAL CLAIM CONSTRUCTION

Before the Court is Plaintiff VoIP-Pal.com, Inc.'s opposed motion for reconsideration of the Court's Final Claim Construction Order. ECF No. 89. In its Motion, VoIP-Pal requests that the Court reconsider its final construction of the term "routing message" and construe the term to mean "a message that includes a callee user name field and a route field." The Court heard oral argument on VoIP-Pal's Motion on June 12, 2023, after which the Court orally granted VoIP-Pal's motion for reconsideration. *See* ECF No. 97.

After careful consideration of the parties' briefs, oral argument, and the applicable law, the Court **GRANTS** VoIP-Pal's Motion (ECF No. 89) and amends its final construction for the term as shown below.

| Claim Term | Court's Final Construction |
|---|---|
| **"routing message"** <br> claims 1, 8, 14, 19, 21, 26, 27, 32 | "a message that includes a callee user name field and a route field" |

**SIGNED** this 15th day of June, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE