**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM, INC., et al., <br><br> *Defendants*. | Case No. 6:20-cv-272-ADA |

**JOINT MOTION TO DISMISS ALL CLAIMS**

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. (collectively, "Defendants") respectfully submit this Joint Motion to Dismiss All Claims as follows:

1. VoIP-Pal has claimed Defendants infringe U.S. Patent No. 10,218,606 ("the '606 Patent").

2. VoIP-Pal's infringement claims for the '606 Patent should be dismissed **with prejudice**.

3. VoIP-Pal and Defendants respectfully request that all pending motions be denied without prejudice as moot.

4. VoIP-Pal and Defendants shall bear their own costs and fees.

Dated: June 30, 2025

/s/ Lewis E. Hudnell, III

Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

Sean Franklin Parmenter
sean@parmenterip.com
Parmenter Intellectual Property
Law, PLLC
1401 21st St, Suite #10724
Sacramento, CA 95811
T: 925.482.6515

Mark D. Siegmund
msiegmund@cjsjlaw.com
Cherry Johnson Siegmund James, PLLC
7901 Fish Pond Road
Second Floor
Waco, TX 76701
T: (254) 732-2242
*Attorneys for Plaintiff VoIP-Pal.com, Inc.*

Respectfully submitted,

/s/ Christine Michelle Woodin (with permission)

Christine Michelle Woodin
Hueston Hennigan LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
213-788-4099
cwoodin@hueston.com

Deron Dacus
State Bar No. 0079-553
The Dacus Firm
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Tel: (903)705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*Attorneys for Defendants Amazon.com, Inc.; Amazon.com, Services LLC; and Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on June 30, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

<em>/s/ Lewis E. Hudnell, III</em>